# United States Court of Appeals for the Federal Circuit

---

**RANGE OF MOTION PRODUCTS, LLC,**
*Plaintiff-Appellant*

**v.**

**ARMAID COMPANY INC.,**
*Defendant-Appellee*

---

2023-2427

---

Appeal from the United States District Court for the District of Maine in No. 1:22-cv-00091-JDL, Chief Judge Jon D. Levy.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 2, 2026
Date