# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-2427

**Short Case Caption:** Range of Motion Products, LLC v. Armaid Company Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Range of Motion Products, LLC | |
|---|---|
| **Principal Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** E. Joshua Rosenkranz | Admission Date: 5/12/2005 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 51 West 52nd Street, New York, NY 10019 | |
| Phone: (212) 506-5000 | Email: jrosenkranz@orrick.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/25/2026

Signature: /s/ *E. Joshua Rosenkranz*

Name: E. Joshua Rosenkranz

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Robbie Manhas | Admission Date: 8/5/2015 |
|---|---|
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 2100 Pennsylvania Ave. NW, Washington, DC 20037 | |
| Phone: (202) 339-8400 | Email: rmanhas@orrick.com |
| **Other Counsel:** Samantha M. Leff | Admission Date: 6/6/2023 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 51 West 52nd Street, New York, NY 10019 | |
| Phone: (212) 506-5000 | Email: sleff@orrick.com |
| **Other Counsel:** Alexandra Bursak | Admission Date: 12/10/2019 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 51 West 52nd Street, New York, NY 10019 | |
| Phone: (212) 506-5000 | Email: abursak@orrick.com |
| **Other Counsel:** Katherine M. Kopp | Admission Date: 9/13/2011 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 2100 Pennsylvania Ave. NW, Washington, DC 20037 | |
| Phone: (202) 339-8400 | Email: kkopp@orrick.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |